**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7378**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY EDWARD ZELLNER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-99-164, CA-01-311)

_____

Submitted: January 31, 2002      Decided: February 6, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony Edward Zellner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Edward Zellner seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Zellner, Nos. CR-99-164; CA-01-311 (E.D. Va. July 20, 2001). We also deny Zellner's motion to proceed in forma pauperis and deny his motion to file a supplemental pro se formal brief and for a sentencing transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2